# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

v.     No. 4:18-cr-413-DPM

**JUSTIN DEWAYNE FORD**     **DEFENDANT**
Reg. No. 32132-009

## ORDER

Ford has filed a motion for jail time credit and appointment of a lawyer. He has also filed a motion to reduce his sentence based on amendments to the Sentencing Guidelines.

The motion for jail credit and an appointed lawyer, *Doc. 53*, is denied without prejudice. Filing a motion in this case is not the proper way to challenge the Bureau of Prisons's calculation of credit for time served. Ford says that he has exhausted his administrative remedies and filed a § 2241 petition. That's the correct way to do it.

The motion for a sentence reduction, *Doc. 55*, is also denied. When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime. He would only receive one point under the amended Guidelines. This change, however, does not affect his sentencing range. Ford still has nineteen criminal history points, meaning he remains in criminal history category VI.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2023